MARY LOUISE KEARNEY, BY HER NEXT FRIEND, FANNIE BULLOCK, v.
A. L. PURRINGTON, JR.

(Filed 20 September, 1939.)

APPEAL by plaintiff from judgment of involuntary nonsuit by *Thompson, J.,* at April Term, 1939, of EDGECOMBE.

*Fountain & Fountain for plaintiff, appellant.*
*Henry C. Bourne and R. Brookes Peters, Jr., for defendant, appellee.*

PER CURIAM. We are of opinion, and so hold, that this case is governed by *Ballinger v. Thomas,* 195 N. C., 517, and that the judgment of involuntary nonsuit was properly entered.

Affirmed.